United States District Court
Southern District of Texas
**ENTERED**
May 26, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT JOSEPH SMITH, | § | |
| (former SPN #02868464) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-20-1045 |
| | § | |
| THE STATE OF TEXAS, et al., | § | |
| Defendants. | § | |

## MEMORANDUM ON DISMISSAL

On March 23, 2020, the plaintiff filed this civil rights complaint under 42 U.S.C. § 1983. Online research reveals that the plaintiff is no longer in custody of the Harris County Jail.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will send notices only to the address on file. The plaintiff has failed to provide the Court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 James Wm. Moore et al., *Moore's Federal Practice* § 41.51(3)(b) & (e) (3d ed. 2017). The plaintiff is advised, however, that upon a proper showing, relief from this Order may be granted in accordance with Fed. R. Civ. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution. Plaintiff's Motion to

O:\RAO\VDG\2020\20-1045.a01.wpd

Proceed In Forma Pauperis, (Docket Entry No. 2), is DENIED without prejudice.

SIGNED at Houston, Texas, on _____May 26_____, 2020.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**