IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT JOSEPH SMITH, | § | |
| (former SPN #02868464) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-20-1045 |
| | § | |
| THE STATE OF TEXAS, et al., | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on __May 26th__, 2020.


_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE